# Court of Appeals
# of the State of Georgia

ATLANTA,  February 18, 2015

*The Court of Appeals hereby passes the following order:*

## A15A0985.  SANDRO ROMAGNOLI v. ROCK WEST INVESTMENTS II, LLC.

This case commenced as a dispossessory proceeding in magistrate court against tenant Certo, LLC.  The superior court issued a writ of possession, and Certo, LLC filed a de novo appeal to superior court.  Landlord Rock West Investments II, LLC filed a separate action in superior court against Certo and Sandro Romagnoli, who guaranteed payment under the lease. Rock West sought possession of the premises and damages for breach of the guaranty agreement.  The superior court treated both matters as part of a de novo appeal from the magistrate court ruling.  Rock West moved for partial summary judgment, and on August 26, 2014, the superior court granted the motion, finding the guaranty agreement enforceable and issuing a writ of possession.[1]

Certo filed an application for discretionary appeal from the ruling, which was dismissed. See Case Number A15D0042, decided Oct. 9, 2014. Romagnoli filed this direct appeal on September 24, 2014.  We, however, lack jurisdiction.

Pretermitting whether Romagnoli – who was not a party to the dispossessory action in magistrate court – has a right of direct appeal, his notice of appeal is untimely.  Although a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v.*

---

[1] The trial court reserved certain issues, including Rock West's claim for attorney fees under OCGA § 13-6-11.

*Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter of this case is the dispossessory matter. See *Radio Sandy Springs, Inc. v. Allen Road Joing Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011).  And, pursuant to OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, the defendants filed the notice of appeal 29 days after the superior court's order was entered. Accordingly, the appeal is untimely and his hereby DISMISSED for lack of jurisdiction.



**Court of Appeals of the State of Georgia**
**Clerk's Office, Atlanta,_____02/18/2015____**
*I certify that the above is a true extract from*
**the minutes of the Court of Appeals of Georgia.**
*Witness my signature and the seal of said court*
**hereto affixed the day and year last above written.**

_____, **Clerk.**